HEINS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 15, 1923.) No. 6108. In Error to the District Court of the United States for the District of Nebraska. John N. Baldwin, J. H. Walker, and Daniel J. Monen, all of Omaha, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, etc.

---

HOLMES v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 11, 1922.) No. 6238. In Error to the District Court of the United States for the Western District of Missouri. William G. Lynch, of Kansas City, Mo., for plaintiff in error. C. C. Madison, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).